# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-1235**  **September Term, 2024**
FILED ON: MARCH 7, 2025

HOOD RIVER DISTILLERS, INC.,
    PETITIONER

v.

NATIONAL LABOR RELATIONS BOARD,
    RESPONDENT

---

Consolidated with 23-1270

On Petition for Review and Cross-Application
for Enforcement of an Order
of the National Labor Relations Board

Before: WALKER, CHILDS and PAN, *Circuit Judges*

### J U D G M E N T

These causes came to be heard on the petition for review and cross-application for enforcement of an order and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Hood River's petition for review be denied and the Board's cross-application for enforcement be granted, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/

        Daniel J. Reidy
        Deputy Clerk

Date: March 7, 2025

Opinion for the court filed by Circuit Judge Pan.
Dissenting opinion filed by Circuit Judge Walker.