# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1235**  **September Term, 2024**

NLRB-19CA260013
NLRB-19CA268290
NLRB-19CA267920
NLRB-19CA265595
NLRB-19CA264083

Filed On: March 7, 2025 [2104442]

Hood River Distillers, Inc.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 23-1270

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                                Daniel J. Reidy
                                Deputy Clerk