# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1235**  September Term, 2024

NLRB-19CA260013,NLRB-19CA264083,NLRB-19CA265595,NLRB-19CA267920, NLRB-19CA268290

**Filed On:** April 30, 2025

Hood River Distillers, Inc.,

    Petitioner

v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 23-1270

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of petitioner's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Lillian R. Wright
           Deputy Clerk